UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SERGIO TORREZ,

      Plaintiff,                                         Case No. 1:06-cv-903

v                                                 HON. JANET T. NEFF

KENNETH MCKEE, et al.,

      Defendants.

_____/

## JUDGMENT

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a

motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a

Report and Recommendation, recommending that this Court grant Defendants' motion and enter

judgment for Defendants. The Report and Recommendation was duly served on the parties. No

objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant

to FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt 153) is

APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 135) is

GRANTED and Judgment is entered against Plaintiff and in favor of Defendants.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3)

that an appeal of this Judgment would not be taken in good faith.  See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997).


Date: December 23, 2010                                    /s/Janet T. Neff
                                                                    JANET T. NEFF
                                                                    United States District Judge